IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR156 |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP F. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the motion to continue supervised release revocation hearing (Filing No. 63). Accordingly,

IT IS ORDERED that the final dispositional hearing on the petition for offender under supervision (Filing No. 52) is rescheduled for:

**Friday, April 30, 2010, at 9 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court