IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR156 |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP F. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing with defendant and counsel present, and defendant having admitted the allegation in the petition,

IT IS ORDERED that the final dispositional hearing on the petition for offender under supervision (Filing No. 52) is rescheduled for:

**Thursday, June 3, 2010, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 26th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court