IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR156 |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP F. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On June 18, 2010, the defendant appeared with counsel for a disposition hearing on a Petition for Warrant for Offender Under Supervision. (Filing No. 52 ). Defendant was present and represented by Ryan M. Sewell. Plaintiff was represented Susan T. Lehr, Assistant United States Attorney. The Court found the defendant to be in violation of his supervised release. The defendant had previously admitted the allegation contained within the Petition on February 26, 2010.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of six months, with defendant to receive credit for time served from May 18, 2010. Further, this sentence shall be concurrent with that imposed by the Douglas County District Court on May 18, 2010, in case 181-463. Upon defendant's release from prison, he shall be subject to the same terms and conditions as originally imposed on December 3, 2004.

2)  That upon completion of the defendant's incarceration, he will be placed on supervised release for thirty (30) months.

DATED this 22nd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court