IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         8:04CR156
                                )
     v.                         )
                                )
PHILIP F. SMITH,                )         ORDER
                                )
              Defendant.        )
_____)
```

On August 1, 2013, defendant appeared with counsel on a petition for warrant or summons for offender under supervision (Filing No. 81).  Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney.  Defendant was present and represented by Richard L. McWilliams, Assistant Federal Public Defender.

The defendant admitted that Allegation No. 1 contained within the petition is true, and the Court found the defendant to be in violation of the conditions of his supervised release.  The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) Defendant's supervised release is revoked and he is sentenced to a term of thirty-six (36) months imprisonment, said time to run concurrently with the sentence he is serving in Douglas County District Court Case No. CR#12-1701.

2) Upon completion of the thirty-six (36) months, no term of supervised release will follow, and defendant's obligations on this matter will be deemed completed.

DATED this 2nd day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

            _____
            Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                        UNITED STATES WARDEN


                        By:_____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                        UNITED STATES WARDEN


                        By: _____